**95–1060. State v. Allard.**

Knox App. No. 937. On July 17, 1996, this court stayed the execution of sentence in this cause pending disposition of a petition for writ of certiorari in the Supreme Court of the United States. Appellee has moved that this court set a date for execution of sentence. It appearing to the court that the petition for a writ of certiorari has been denied, and that all matters have been disposed of in case No. 95–1060, appellant's direct appeal of his conviction, and case No. 97–2669, appellant's post-conviction appeal,

IT IS ORDERED by the court, *sua sponte*, that the stay of execution entered in this cause on July 17, 1996, be and is hereby revoked.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 23rd day of November 1998, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Knox County.

**95–1907. State v. Ballew.**

Hamilton App. No. C–920576. On October 18, 1996, this court stayed the execution of sentence in this cause pending disposition of a petition for writ of certiorari in the Supreme Court of the United States and exhaustion of state post-conviction remedies. Whereas the United States Supreme Court denied appellant's petition for writ of certiorari on January 6, 1997, and this court declined jurisdiction and dismissed the appeal in case No. 98–738, appellant's post-conviction appeal, on June 17, 1998,

IT IS ORDERED by the court, *sua sponte*, that the stay of execution entered in this cause on October 18, 1996, be and is hereby revoked, effective August 24, 1998.

IT IS HEREBY ORDERED by the court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 23rd day of November 1998, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall made due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.

*Wednesday, August 26, 1998*

## MERIT DOCKET

**98–1171. State ex rel. Kurk v. Turner.**

In Mandamus. *Sua sponte*, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent.

**98–1183. State ex rel. Harden v. Wilkinson.**

In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.